B1 (Official Form 1) (01/08)

| United States Bankruptcy Court<br>Middle District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tante Funeral Home, LLC,** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names Used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names Used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 20-5223923 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>c/o Salina Newton, Receiver, 233 13th Street, 621 C<br>Columbus, Georgia                    31902 | Street Address of Joint Debtor (No. and Street, City, and State): |
| County of Residence or of the Principal Place of Business:<br>Muscogee | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incured by an individual primarily for a personal, family, or house-hold purpose.
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [X] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:
- [X] Debtor's aggregate noncontingent liquidated debts (excluding debts owned to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [X] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [X] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (01/08) Page 2

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): Tante Funeral Home, LLC |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet.)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney                    Date |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgement for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

B1 (Official Form 1) (01/08)                  Page 3

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):  Tante Funeral Home, LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  s/Stephen G. Gunby  *[signed]*
Signature of Attorney
Stephen G. Gunby
Printed Name of Attorney for Debtor(s)
RUMER GUNBY, LLP
Firm Name
944 Second Avenue
Address
Columbus, Georgia 31902

(706) 324-3448
Telephone Number
4-29-10
Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notice and information required under 11 U.S.C. 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C § 110; 18 U.S.C. § 156.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

  s/Salina Newton, Receiver  *[signed Newton]*
Signature of Authorized Individual
Salina Newton, Receiver
Printed Name of Authorized Individual
Receiver
Title of Authorized Individual

_____
Date

# UNITED STATES BANKRUPTCY COURT
## Middle District of Georgia

In Re: Tante Funeral Home, LLC              Case No. _____ (if known)
       **Debtor**

                                            Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as"A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

|   | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1 | Service Casket Company<br>P.O. Box 5664<br>Columbus, GA 31906 | | | | 3,021.00 |
| 2 | Suntrust Bank<br>P.O. Box 791250<br>Baltimore, MD 21279 | | | | 2,868.00 |
| 3 | Wells Fargo Financial<br>2800 Old Dawson Road 13<br>Albany, GA 31707 | | | | 2,113.97 |
| 4 | Eagle Burial Vault<br>P.O. Box 790<br>Perry, GA 31069 | | | | 1,224.00 |

B4 (Official Form 4) (01/08)

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted. | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 5 | Columbus Cremation Service<br>P.O. Box 5664<br>Columbus, GA 31906 | | | | 295.00 |
| 6 | Dell Financial Services<br>P.O. Box 5292<br>Carol Stream, IL 60197 | | | | 259.78 |
| 7 | The Tri-County Journal<br>Chattahoochee Chronicle<br>P.O. Box 850<br>Buena Vista, GA 31803 | | | | 60.00 |
| 8 | Columbus Dept. of Public Health<br>P.O. Box 2299<br>Columbus, GA 31902 | | | | 35.00 |
| 9 | Sumter Broadcasting Co., Inc.<br>P.O. Box 727<br>Americus, GA 31709 | | | | 15.30 |
| | | | | | |
| | | | | | |
| | | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, the undersigned authorized agent of the corporation named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing "List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

_____4/29/2010_____                    X   s/Salina Newton, Receiver   _____
Date                                         Signature of Authorized Individual

                                             Salina Newton, Receiver , Receiver
                                             Printed Name and Title

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

In Re:
TANTE FUNERAL HOME, LLC                *
                                       *       CHAPTER 11
            Debtor                     *       CASE NO.
                                       *

**AUTHORIZATION TO FILE BANKRUPTCY PROCEEDING**

COMES NOW, Salina Newton, CPA, not in her individual capacity but solely as Receiver for the above named Debtor and submits that pursuant to Order of the Superior Court, a copy of which is attached hereto, that she is authorized to file the foregoing Petition for Bankruptcy relief and has the authority to execute and sign any and all documents related thereto on behalf of the Debtor and represent the Debtor in her capacity as Receiver in the subject Bankruptcy Proceeding.

Date: 4-29-10                          Signed: _Newton_____
                                               Salina Newton, Receiver

*missing pages 4 and 7*

IN THE SUPERIOR COURT OF MARION COUNTY
STATE OF GEORGIA

3:00 PM
8-27-09

_L HOME § 
§ CIVIL ACTION
§ EX-PARTE NO.: 09CV161
§
§

## ORDER APPOINTING RECEIVER

The Petitioner, State of Georgia by and through the Chattahoochee Judicial Circuit and Alonza Whitaker, Chief Assistant District Attorney, having applied to the Court for the appointment of a Receiver in the above styled case, and it appearing to the Court that there is good and sufficient cause to appoint a Receiver and to grant other relief as prayed, IT IS HEREBY ORDERED as follows:

### I. APPOINTMENT

SALINA NEWTON, C.P.A., is appointed to act as Receiver (the "Receiver"); with full power of an equity receiver under the laws of Georgia, for Tante Funeral Home.

### II. GENERAL POWERS

The Receiver is hereby empowered to:

(A) Take and retain immediate possession, custody, and control of all assets and property (including, without limitation, any real, personal, tangible or intangible property) in which Tante Funeral Home holds a direct or indirect interest, which power includes the power to sell, transfer, or otherwise dispose of any such asset or property and, as the attorney in fact, to execute and deliver all necessary documents on behalf of Tante Funeral Home (including, without limitation, all contracts of purchase and sale, deeds, affidavits, title transfers and license transfers) in connection with the sale, transfer, or other disposal of such assets and property;

(B) Take and retain immediate possession, custody, and control of the books and records of Tante Funeral Home, demand inspection and turnover of the books and records of any entity in which Tante Funeral Home has a

(C) Engage and employ persons, in her discretion, to assist her in carrying out her duties and responsibilities hereunder, including accountants, attorneys, examiners, investigators, and other experts and professionals;

direct or indirect interest, and take all steps the Receiver deems necessary to secure and protect the assets and property of Tante Funeral Home, including but not limited to the premises, files, and information systems of Tante Funeral Home.

(D) Acquire and retain all rights, powers, and privileges that Tante Funeral Home has to manage, control, operate and maintain its business (including but not limited to the power to direct, hire, suspend, and terminate personnel), and to possess, receive, or use income, earnings, rents, and profits to commence, maintain, defend, or participate in legal proceedings to sue for, collect, receive and take into possession, all goods, chattels, rights, general intangibles, chooses in action, credits, monies, effects, lands, books and records of account, and other papers, including exclusive authority to make expenditures on behalf of Tante Funeral Home with a view to preventing loss, damage and injury, and preserving assets and the records of Tante Funeral Home.

(E) Bring any claim or cause of action on behalf of Tante Funeral Home or by and through any interest that Tante Funeral Home may have. The Receiver may also institute, prosecute and defend, compromise, adjust, intervene in, or become a party to such actions or proceedings in state or federal court as may in the Receiver's opinion, be necessary or appropriate for the collection, marshaling, protection, maintenance, and preservation of the assets of Tante Funeral Home or the recovery of assets transferred by Tante Funeral Home. The Receiver may also do so in order to carry out the terms of this order (including without limitation, any action asserting claims under applicable fraudulent transfer or partnership laws). Likewise, the Receiver has the power to defend, compromise or adjust or otherwise dispose of any or all suits, actions or proceedings instituted against the Receiver or against Tante Funeral Home. The Receiver may also appear in, and conduct the defense of, any suit or to adjust or compromise any actions or proceedings now pending in any court by or against Tante Funeral Home where such prosecution, defense, or other disposition of any such action or proceedings will, in the judgment of the Receiver, be advisable or proper for the protection of the assets, properties or interests of Tante Funeral Home and seek any and all legal or equitable remedies afforded an equity receiver under applicable state or federal law;

(F) Review the records and reports of transactions by Tante Funeral Home and report to the Court any transactions that appear to be outside the ordinary course of business;

(G) Freeze, seize, open and close bank accounts, bank safety deposit boxes, and securities accounts, purchase or sell securities in any such account of

(H)  Tante Funeral Home and execute checks or otherwise disburse money from any bank or securities accounts of Tante Funeral Home to pay the obligations of Tante Funeral Home in the normal course of business, and enter into such other agreements in connection with the administration, care, preservation and maintenance of the properties or assets of Tante Funeral Home as the Receiver may deem advisable;

(H)  Have all the powers of the shareholders, directors, and officers of Tante Funeral Home whose powers and authority are hereby suspended;

(I)  If appropriate, file for relief and protection under the Federal Bankruptcy Code on behalf of Tante Funeral Home or any entity controlled by Tante Funeral Home; and

(J)  Take such further action as the Court shall deem equitable, just and appropriate under the circumstances upon proper application.

### III. RECEIVER'S IMMUNITY

IT IS FURTHER ORDERED that the Receiver serves herein as an officer of the Court solely in a representative capacity and is not personally liable for any actions taken in good faith and in conformity with the duties and responsibilities set forth herein or pursuant to any statute, rule, regulation, or other legal authority.

### IV. REPORTING

IT IS FURTHER ORDERED that the Receiver shall report to the Court and the parties on or before _October 22, 2009_, subject to extensions as may be granted by the Court, the following information for Tante Funeral Home (based upon the information provided and reviewed by the Receiver up and until said date):

(A)  All assets, liabilities, money, funds, securities, and real or personal property currently held directly or indirectly by or for the benefit of Tante Funeral Home, and each of their controlled, related, or affiliated entities, including but not limited to bank accounts, brokerage accounts, investments, business interests, and real and personal property, wherever situated, identifying and describing each asset and liability, its current location and amount;

(B)  All disbursements from Tante Funeral Home not for the benefit of Tante Funeral Home since August 21, 2009, to the date of the accounting,

3

of the costs, fees, and expenses of the Receiver or such person engaged or employed by her, such retainer to be held pending approval of such costs, fees, and expenses by the Court.

## VII. INDEMNIFICATION

IT IS FURTHER ORDERED that the Receiver and all persons whom she may engage or employ to assist her in carrying out her duties and obligations hereunder shall not be liable for any act or omission of the Receiver or such person, or any of their partners, employees, or agents unless it shall be proven that the Receiver or such other person acted recklessly and in bad faith. This provision shall apply to claims based on conduct during the term of any agreement that may be entered into between the Receiver and any other person who may be engaged or employed by the Receiver hereunder, even if such claims are filed after the termination of any such agreement.

## VIII. COOPERATION

IT IS FURTHER ORDERED that Tante Funeral Home in addition to Tante Funeral Home officers, directors, agents, servants, employees, and attorneys-in-fact and attorneys-at-law, shall:

(A) Transfer forthwith to the Receiver all funds, assets, and property, owned beneficially or otherwise, of Tante Funeral Home;

(B) Provide to the Receiver all information requested relating to the past and present operations, activities and condition (financial, legal, or otherwise) of Tante Funeral Home and shall take no action, directly or indirectly, to hinder, obstruct, delay, or otherwise interfere in any manner with the actions of the Receiver or any other person engaged or employed by the Receiver to assist her in carrying out her duties and obligations herein;

(C) Provide to the Receiver forthwith access to, and the location of, any and all documents, books and records of accounts, financial and accounting records, balance sheets, income statements, bank records (including monthly statements, canceled checks, records of wire transfers, and check registers), client and customer lists, title documents and other papers of Tante Funeral Home ; and computer files and databases in their possession, custody, or control relating to the assets of Tante Funeral Home or to the allegations of the Petitioner, as may be amended, including but not limited to, documents relating to the business operations of Tante Funeral Home;

5

(D) Provide the Receiver with all keys, combinations to locks, passwords, identification numbers, and entry codes required to open or gain access to any property, computer files, safety deposit boxes, and all money or other assets deposited in or held by any financial institution to the credit of Tante Funeral Home wherever situated; and

(E) Provide the Receiver with all passwords or codes required to access any hardware, software, or electronic files on any media relating to Tante Funeral Home.

## IX. ASSET FREEZE

IT IS FURTHER ORDERED that Tante Funeral Home, Michael Bleckley and Phyllis Bleckley, officers, agents, servants, employees, and attorneys, and all other persons or entities directly or indirectly under their control or under common control with them, and all other persons or other entities acting in concert or participation with them, who receive actual notice of this Order by personal service or otherwise, unless agreed to by the Receiver or until further order of this Court, are hereby restrained and enjoined, from:

(A) Transferring, encumbering, selling, concealing, pledging, hypothecating, assigning, spending, withdrawing, disbursing, conveying, gifting, dissipating, or otherwise disposing of any funds, property, accounts, contracts, lists of customer names, shares of stock, or other assets, wherever located, that are (1) owned by, controlled by, held for the benefit of, or belong to, Tante Funeral Home, in whole or in part; (2) in the actual or constructive possession of Tante Funeral Home; (3) held by an agent of Tante Funeral Home as a retainer for the agent's provision of services to Tante Funeral Home. The assets referenced in this subparagraph shall include, but are not limited to, any assets held by, for or under the name or alias of Tante Funeral Home at any bank or savings and loan institution, or with any broker-dealer, escrow agent, title company, commodity trading company, precious metal dealer, or other financial institution of any kind;

(B) Opening or causing to be opened any safe deposit boxes titled in the name of Tante Funeral Home, or subject to access by Tante Funeral Home; and

(C) Incurring charges or cash advances on any credit card issued in the name, singly or jointly, of Tante Funeral Home, or for which Tante Funeral Home is obligated which is not in the ordinary course of business of Tante Funeral Home.

(D) The assets affected by this section shall include both existing assets and

6

IT IS FURTHER ORDERED that this section shall not prohibit transfers in accordance with any provision of this Order, or any further order of the Court. The Receiver may serve this Order on any bank, savings and loan institution, credit union, financial institution, brokerage house, escrow agent, title company, commodity trading company, common carrier, storage company, trustee or any person or entity.

## XI. RECEIVER'S RIGHT TO TAKE EXPEDITED DISCOVERY

IT IS FURTHER ORDERED that in light of the need to monitor compliance with and in furtherance of, the powers granted to the Receiver hereunder, the Receiver is hereby granted leave to conduct certain expedited discovery, and that, commencing with the time and date of this Order, in lieu of the time periods, notice provisions, and other requirements of Sections 26, 30, 34, 45 of the Georgia Civil Practice Act, expedited discovery shall proceed as follows:

(A) Pursuant to Section 30 of the Georgia Civil Practice Act, the Receiver may take depositions upon oral examination concerning the nature, location, status, and extent of Tante Funeral Home assets; the status and location of documents reflecting Tante Funeral Home business transactions; and compliance with this Order, upon three (3) days notice of any such deposition.
This subsection shall not be construed in any manner to preclude the right of the Receiver, or any part to the litigation, to take subsequent depositions of the same witnesses on the merits of these actions; and any deposition taken pursuant to this subsection is in addition to, and not subject to, the presumptive limits on depositions set forth in Section 30 (a)(2)(A) of the Georgia Civil Practice Act.

(B) Pursuant to Section 34(b) of the Georgia Civil Practice Act, within three (3) days of service of a request by the Receiver, Bullock House Restaurant, Legendary Performance Cars, Michael Bleckley and Phyllis Bleckley, directors, officers, employees, agents, accountants and attorneys, or any other person having possession or knowledge thereof, shall produce all documents requested by the Receiver concerning:

(1) the nature, location, status, and extent of Tante Funeral Home assets;

8

      (2)    the status and location of documents reflecting Tante Funeral Home business transactions; and

      (3)    Tante Funeral Home compliance with this Order, with production of documents made at such place as the Receiver may direct in writing.

(C)    The Receiver shall also have subpoena powers and may take depositions, obtain the production of documents, and take discovery by all means authorized by the Georgia Civil Practice Act, upon three (3) days notice by facsimile or otherwise.

## XII. IMMEDIATE ACCESS TO Tante Funeral Home BUSINESS PREMISES

IT IS FURTHER ORDERED that Tante Funeral Home and any other person served with a copy of this Order, shall permit the Receiver immediate access to the business premises of Tante Funeral Home, wherever they may be situated, as well as all branch offices, storage facilities, and any premises (or portions thereof) used for, or in connection with, the business of Tante Funeral Home or the marketing of any of their products of services, provided that said offices, facilities, and premises are owned, leased and occupied, or controlled by Tante Funeral Home.

## XIII. CREDIT REPORT PROVISION

IT IS FURTHER ORDERED that the Receiver may obtain credit reports concerning Tante Funeral Home pursuant to Section 604(1) of the Fair Credit Reporting Act, 15 U.S.C. § 1681b(1), and that upon written request, any credit reporting agency from which such reports are requested shall provide them to the Receiver.

## XIV. ASSISTANCE TO RECEIVER

IT IS FURTHER ORDERED that the Receiver is authorized to seek and utilize the assistance, services, instrumentalities, and facilities of any and all law enforcement agencies, officials and personnel in implementing the provisions of this Order and in executing the duties and responsibilities imposed upon him hereunder.

## XV. DELIVERY OF UNITED STATES MAIL TO RECEIVER

IT IS FURTHER ORDERED that the United States Postal Service shall deliver to the Receiver any and all mail belonging to and / or addressed to Tante Funeral Home at the following address:

Salina Newton, C.P.A.
233 Twelfth Street, Suite 621C
Columbus, GA 31901
(706) 570-7903

## XVI. HEARING DATE

IT IS FURTHER ORDERED that the Court shall conduct a hearing on __October 22, 2009__ at __9:30__ o'clock (AM)/PM on the Petition for Status of Operation and any issues related thereto.

## XVII. RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for all purposes.

SO ORDERED this __27th__ day of __August__, 2009.

_____
Judge, Superior Court
Marion County, State of Georgia

PREPARED AND SUBMITTED BY:

_Alonza Whitaker_
Alonza Whitaker
Chief Assistant District Attorney
Attorney for State of Georgia, Petitioner

P.O. Box 1340
Columbus, GA 31902
(706) 653-4336

10

Matrix.txt

Central Bank
P.O. Box 45
Ellaville, GA 31806


Columbus Cremation Service
P.O. Box 5664
Columbus, GA 31906


Columbus Dept. of Public Health
P.O. Box 2299
Columbus, GA 31902


Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197


Eagle Burial Vault
P.O. Box 790
Perry, GA 31069


RBC Bank
Attn: Mary Owens
1476 Hunter Hill Road
Rocky Mount, NC 27802


Service Casket Company
P.O. Box 5664
Columbus, GA 31906


Sumter Broadcasting Co., Inc.
P.O. Box 727
Americus, GA 31709

Matrix.txt

SunTrust Bank

Mail Code GA-Macon-1908

P.O. Box 4248

Macon, GA 31201


Suntrust Bank

P.O. Box 791250

Baltimore, MD 21279


The Tri-County Journal

Chattahoochee Chronicle

P.O. Box 850

Buena Vista, GA 31803


Wells Fargo Financial

2800 Old Dawson Road 13

Albany, GA 31707

# UNITED STATES BANKRUPTCY COURT
## Middle District of Georgia

In Re: _____Tante Funeral Home, LLC_____      Case No. _____

          **Debtor**                                                                                         (if known)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

_4/29/2010_                                                                              s/Stephen G. Gunby
Date                                                                                       Signature of Attorney

**Signature of Debtor**                                                    **Signature of Joint Debtor**

s/Salina Newton
**Signature of Authorized Individual**